## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**TYRONE ADGER (#424309)**                                 CIVIL ACTION

**VERSUS**

**JAMES M. LEBLANC, ET AL.**                    NO.:15-00390-BAJ-EWD

### RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 14)**, pursuant to 28 U.S.C. § 636(b)(1), on Defendants' unopposed **Motion for Summary Judgment (Doc. 13)** seeking to dismiss Plaintiff's 42 U.S.C. § 1983 claims. (Doc. 13). The Magistrate Judge recommended that Defendants' **Motion for Summary Judgment (Doc. 13)** be granted, dismissing all of Plaintiff's claims asserted against all Defendants.

The Report and Recommendation notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 14 at p. 1). Plaintiff did not file any objections.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 13)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims against all Defendants are **DISMISSED**.

Baton Rouge, Louisiana, this 18th day of January, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2